UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Gabe Scherer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16cv1471 UNA |
| | ) |
| Christopher Roemer, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on September 19, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:16cv00236.

**IT IS FURTHER ORDERED** that cause number 4:16cv1471 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: September 19, 2016     By: /s/ Michele Crayton
                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16cv00236 ACL.**